42 So.2d 639

### Jack STOVALL et al. v. STATE.

### 7 Div. 38.

Supreme Court of Alabama.

Nov. 3, 1949.

A. A. Carmichael, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., and J. J. Cockrell, Circuit Solicitor, of Talladega, for the petition.

Beddow & Jones and G. Ernest Jones, Jr., of Birmingham, opposed.

FOSTER, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Stovall et al. v. State, 42 So.2d 636.

Writ denied.

BROWN, LIVINGSTON, LAWSON, SIMPSON and STAKELY, JJ., concur.

42 So.2d 643

### W. C. ROGERS v. STATE.

### 7 Div. 37.

Supreme Court of Alabama.

Nov. 3, 1949.

A. A. Carmichael, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., for the petition.

Irby A. Keener, of Centre, opposed.

FOSTER, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Rogers v. State, 42 So.2d 642.

Writ denied.

BROWN, LIVINGSTON, LAWSON, SIMPSON and STAKELY, JJ., concur.